**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROSA LOPEZ, on behalf of herself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURGER MAKER, INC., a Foreign Corporation, and SCHWEID AND SONS SOUTH, LLC, a Georgia Limited Liability Company, )<br>)<br>Defendants. ) | Civil Action No.<br>1:18-CV-02127-MLB |

## ORDER

This matter is before the Court on the parties' Joint Motion For Court Approval Of FLSA Settlement And Release Agreement. For the reasons herein, the Joint Motion is **GRANTED**.

In her Collective Action Complaint and Demand for Jury Trial ("Complaint"), Plaintiff alleges a claim against the Defendants for unpaid overtime wages pursuant to the Fair Labor Standard Act, 29 U.S.C. § 201, *et seq.*, ("FLSA"). The parties have informed the Court that, after the voluntary production of documents related to this claim and negotiations through their attorneys, they have reached a settlement of this claim. Pursuant to *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53

(11th Cir. 1982), however, the Court is required to review the parties' settlement agreement.

In conducting this review, a district court must "scrutiniz[e] the settlement for fairness," and determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 352-53.  A settlement entered into in an adversarial context where both sides are represented by counsel throughout the litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.*  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  *Id.* at 1354.

Here, the parties acknowledge there is a bona fide dispute regarding Plaintiff's claims.  However, the parties represent that they have been able to reach a settlement agreement with respect to these claims, and the Plaintiff acknowledges that the amounts that are to be paid to her under the settlement agreement fairly compensate her for alleged overtime wages and liquidated damagesclaimed to be owed to her by the Defendants, as well as for her attorney's fees incurred in connection with her claims.  In exchange for these payments, Plaintiff has agreed to a release of FLSA and wage & hour claims against the Defendants and to dismiss her Complaint and this civil action in its entirety with prejudice.

The Court has reviewed the settlement agreement executed by the parties as filed with the Court in the public record and, based on the contents therein and the representations of the parties, finds that the compromise reached is a fair and reasonable resolution of the dispute. Therefore, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve Settlement Agreement and Dismiss Claims is **GRANTED**, that the Court **APPROVES** the settlement agreement between the parties, and **ORDERS** that Plaintiff's Complaint and this civil action in its entirety is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 8th day of January, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE